**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ANGEL GUSTAVO ROSADO-QUIÑONES<br><br>      Plaintiff,<br><br>v.<br><br>PUERTO RICO TELEPHONE/CLARO INC.<br>      Defendant. | **Civil 11-1166 (SEC)** |

**JUDGMENT**

Pursuant to the Opinion and Order of even date (Docket # 47), all federal-law claims in the above-captioned case are **DISMISSED with prejudice**, and all state-law claims are **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of May, 2012.

                              s/*Salvador E. Casellas*
                              Salvador E. Casellas
                              U.S. Senior District Judge